# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2111
_____

MATERNAL GRANDMOTHER, D.H.
n/k/a D.S. and THE ADOPTION
ENTITY,

    Appellants,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
Ana Garcia, Judge.

March 5, 2019


PER CURIAM.

    AFFIRMED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Jennifer M. Erlinger of Wood, Atter & Wolf, P.A., Jacksonville, for Appellants.

Sara Rumph of Children's Legal Services, Tallahassee; Thomasina F. Moore, Statewide Director of Appeals, and Sara Goldfarb, Appellate Counsel, Guardian ad Litem Program, Tallahassee, for Appellee.